## Loden Walker (3325)

| | |
|---|---|
| **From:** | Ashley Riley <ashleyriley2019@gmail.com> |
| **Sent:** | Tuesday, July 1, 2025 6:46 PM |
| **To:** | Loden Walker (3325) |
| **Subject:** | Re: Defendants' First Set of Interrogatories, Requests for Production, and Requests for Admission - Riley v. City of Petal |

Thank you and they haven't submitted the new case in municipal the settlement there is 250,000 plus a new truck my parents are in bad shape I can't get to . They know. Plus I filed voter fraud they know I have the evidence of it and laws to back it up please follow back on my page Ashley Riley and you'll see cases covered even in voter fraud they been illegal and know I have the research and laws posted. They are denying my legal rights to hold in contempt and even their judge granted rights. They are illegal even as of swearing in today . Sincerely Jay Ray Riley we need to convey

On Tue, Jul 1, 2025, 2:54 PM Loden Walker (3325) <Loden.Walker@phelps.com> wrote:

Dear Mr. Riley,

We have mailed you a paper copy of Defendants First Set of Interrogatories, Requests for Production, and Requests for Admission to the address you provided to the Court and that is listed on the electronic docket. For your convenience, I wanted to also email you an electronic copy of the discovery requests. Thank you.

Sincerely,

_____
**Loden Walker**
Phelps Dunbar LLP
1905 Community Bank Way
Suite 200
Flowood, MS 39232
Direct: 601-360-9325
Fax: 601-360-9777
Email: loden.walker@phelps.com

**\*Please note that our physical address has changed to the address above.\***



EXHIBIT C